ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
UNITED STATES OF AMERICA,
                                              :   **UNSEALING ORDER**
        - v. -
                                              :   08 Cr. 471
JAMES GANSMAN and
DONNA MURDOCH,                                :

                Defendants.                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

   WHEREAS, the above-captioned indictment was returned May 27, 2008 and, upon application of the Government, ordered to be filed under seal; and

   WHEREAS the Government has requested that the above-captioned indictment be unsealed;

   IT IS HEREBY ORDERED, that, the indictment docketed as 08 Cr. 471 be unsealed.

Dated: New York, New York
       May 29, 2008

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK