USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

JAMES GANSMAN and
DONNA MURDOCH,

       Defendants.

08-cr-471 (MGC)

ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION

Upon the motion of James Keneally and said sponsor attorney's oral declaration that applicant Barry J. Pollack is a member in good standing of the bars of the states of Maryland and the District of Columbia; and that applicant's contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Barry J. Pollack |
| Firm Name: | Kelley Drye & Warren LLP |
| Address: | 3050 K St. NW Suite 400 |
| City/State/Zip: | Washington, DC 20007 |
| Telephone/Fax: | (t) 202-342-8472 ; (f) 202-342-8451 |
| Email Address: | bpollack@kelleydrye.com |

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Donna Murdoch in the above entitled action;

**IT IS HEREBY ORDERED** that Barry J. Pollack, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of the Court.

Dated: June 5, 2008

City, State: _____

_____
United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____

SDNY Form Web 10/2006